IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | 4:14-CR-576-02 |
| | § | |
| JERMAINE CLARK STEPHENS | § | |
| Defendant | § | |

NOTICE OF APPEAL

JERMAINE CLARK STEPHEN, the Defendant, pursuant F. Rules of App. Procedure 4(b), appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the District Court for the Southern District of Texas, Houston Division on July 21, 2016.

Respectfully submitted,

/S/J.A. Salinas, III
J.A. Salinas, III
TBN 00786219
12 Greenway Plaza
Suite 1100 –PMB 121
Houston, Texas 77046
(713) 227-7700 Office
(713) 227-4510 Facsimile
jas3lawtx@aol.comt, e-mail

**ATTORNEY FOR JERMAINE CLARK STEPHENS**